*LAWRENCE A. OMANSKY, ESQ*
*305 BROADWAY*
*NEW YORK, NEW YORK 10007*
*(917) 282-2259*
*lomanskylaw@gmail.com*

VIA ECF
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_12/03/2026_

**MEMORANDUM ENDORSED**

**Re: Forbes v. 1933 Deli Grocery & HSC Management Corp. AMO**
**Case No. 25-cv-5711-GHW**

**Plaintiff's Status Letter Pursuant to ECF No. 2 and Request for Adjournment**

Dear Judge Woods:

Plaintiff respectfully submits this status letter pursuant to the Court's July 14, 2025, Initial Pretrial Conference Order (ECF No. 2) and the Court's November 7, 2025, Order (ECF No. 11), which extended HSC Management Corp. AMO's time to respond to the Complaint to November 24, 2025, and adjourned the Initial Pretrial Conference to December 9, 2025 at 2:00 p.m.

1. <u>Meet-and-Confer and Settlement Efforts</u>

Before filing suit, Plaintiff, through counsel, contacted representatives of the defendants to address the accessibility issues at the premises and to attempt an informal resolution. After the Complaint was filed and served, counsel continued efforts to resolve the matter and to comply with the Court's directive that the parties confer in good faith.

On October 31, 2025, counsel for HSC Management, Ms. Tamika Hardy, emailed Plaintiff's counsel and advised that she had left a voicemail a few minutes earlier. In that email, she indicated that her office represents HSC Management, that she was seeking an extension of time to respond to the Complaint, and that she wished to adjourn the initial conference due to a

scheduling conflict.

Beginning November 6, 2025, counsel engaged in a series of email communications regarding both scheduling and settlement. Those exchanges included discussion of Plaintiff's demand, HSC's counteroffer, the scope of modifications at the premises, and the possibility of avoiding the need for a court conference. On November 7, 2025, Ms. Hardy informed Plaintiff's counsel that the Court had granted HSC Management an extension and adjourned the conference. On November 21 and 23, 2025, the parties also exchanged proposed dates in January for a conference and further discussion, and HSC requested additional information regarding the specific modifications Plaintiff contends are needed.

Although these communications reflect ongoing efforts, the parties have not yet been able to complete a formal Rule 26(f) conference or to finalize a joint proposed case management plan. Earlier today, Plaintiff circulated a proposed Civil Case Management Plan to HSC's counsel for review and comment. Plaintiff remains willing to continue these discussions and to revise the proposal in light of any input from HSC.

2. Service of the Court's November 7, 2025 Order

As directed by the Court's November 7, 2025, Order (ECF No. 11), Plaintiff has served that Order on 1933 Deli Grocery via certified mail and is maintaining proof of service.

3. Request for Adjournment of Deadlines and the Initial Pretrial Conference

Plaintiff's counsel will be out of the country and unavailable from December 6, 2025, through January 6, 2026. In addition, because the parties are still in the process of exchanging information and discussing potential resolution and scheduling, they have not yet been able to complete a joint submission.

In light of the above, Plaintiff respectfully requests that:

(a) the deadline for the parties' joint status letter and proposed Civil Case Management Plan be extended to a date after counsel's return, such as January 15, 2026 (or any date thereafter convenient to the Court); and

(b) the Initial Pretrial Conference currently scheduled for December 9, 2025, be adjourned to a date after January 15, 2026, at the Court's convenience.

Plaintiff submits this letter to comply with the Court's orders and to advise the Court of the current status of communications between the parties. Plaintiff remains prepared to continue settlement discussions and to work with HSC Management's counsel to submit a joint plan and letter if the Court grants the requested adjournment.

Dated: New York, New York
December 2, 2025

Respectfully submitted,

**Lawrence A. Omansky, Esq.**
Attorney for Plaintiff
305 Broadway, 7th Floor
New York, NY 10007
lomanskylaw@gmail.com
(917) 282-2259

Application granted.  The initial pretrial conference scheduled for December 9, 2025 is adjourned to January 14, 2026 at 2:00 p.m.  The joint status letter and proposed case management plan described in the Court's July 14, 2025 order are due no later than January 7, 2026.  Plaintiff is directed to serve a copy of this order on Defendant 1933 Deli Grocery, and to retain proof of service.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 21.

SO ORDERED.

Dated:  December 3, 2025
New York, New York

GREGORY H. WOODS
United States District Judge