

**ATTORNEYS AT LAW**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2025

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**TAMIKA N. HARDY**
PARTNER
(516) 357-3316
tamika.hardy@rivkin.com

# MEMORANDUM ENDORSED

December 8, 2025

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Application granted.  The initial pretrial conference scheduled for January 14, 2026 is adjourned to January 21, 2026 at 10:00 a.m.  The joint status letter and proposed case management plan described in the Court's July 14, 2025 order are due no later than January 14, 2026.  Counsel for Defendant HSC Management Corp. is directed to serve a copy of this order on Defendant 1933 Deli Grocery, and to retain proof of service.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23.

SO ORDERED.

Re:    Forbes v. 1933 Deli Grocery, et al.
       Case No.  25-cv-5711 (GHW)

Dated:  December 9, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

Dear Judge Woods:

We represent Defendant HSC Management in the above-referenced action. We are writing, pursuant to Your Honor's Individual Rule 2.B, to respectfully request an adjournment of the initial conference, currently scheduled for January 14, 2026.  As a threshold matter, I am the attorney responsible for this file and have a scheduling conflict, as I am scheduled to conduct a deposition on January 14, 2026, in an unrelated case.

I have contacted Plaintiff's counsel regarding this conflict, and he has consented to rescheduling the conference to any date between January 20, 2026 - January 23, 2026 that is convient for the court.  We also note that the parties are very close to finalizing a settlement agreement and hope that a conference may not be necessary in this matter.  This is HSC Management's second request for an adjournment due to a scheduling conflict.

We thank the Court for its time and consideration.

Respectfully submitted,

RIVKIN RADLER LLP

Tamika N. Hardy

4922-6672-9600, v. 1

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777