RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

TAMIKA N. HARDY
PARTNER
(516) 357-3316
tamika.hardy@rivkin.com

January 8, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:___________
DATE FILED: 1/8/2026

**MEMORANDUM ENDORSED**

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: Forbes v. 1933 Deli Grocery, et al.
Case No. 25-cv-5711 (GHW)

Dear Judge Woods:

We represent Defendant HSC Management Corp. ("HSC Management") in the above-referenced action. We are writing regarding the Stipulation of Dismissal that was filed by our office (ECF Doc. No. 25). Although Defendant 1933 Deli Grocery did not appear in the action, Plaintiff and HSC Management entered into an agreement to resolve the entire action on behalf of both defendants. The settlement rendered Plaintiff's claims moot. Thus, the Stipulation of Dismissal was not intended to apply only to the claims against HSC Management, but rather to dismiss the entire action pending before the Court.

Accordingly, we respectfully request that Plaintiff's action be dismissed with prejudice in its entirety. We thank the Court for its time and consideration.

Respectfully submitted,

RIVKIN RADLER LLP

Tamika N. Hardy

The Court understands that the stipulation of dismissal entered on January 5, 2026, Dkt. No. 25, resolved all claims in this action. The Clerk of Court is ordered to close this case.

4932-2109-5046, v. 1

SO ORDERED.
Dated: January 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge